IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REMILEKUN K. DAVIS, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-890 |
| JEFFERSON B. SESSIONS, *et al.* | § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons stated in the accompanying memorandum and opinion, Davis's motion for summary judgment, (Docket Entry No. 48), is denied and the government's motion for summary judgment, (Docket Entry No. 46), is granted. This case is dismissed, with prejudice.

SIGNED on February 22, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge